William A. Broscious, VSB #27436
Kimberly A. Taylor, VSB #29823
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, Virginia 23233
(757) 636-9826
ktaylor@kbbplc.com

*Counsel for the Trustee*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MGT CONSTRUCTION MANAGEMENT, INC., | ) | Case No. 18-30835-KRH |
| Debtor. | ) | |

## TRUSTEE'S MOTION FOR AUTHORITY TO SELL MISCELLANEOUS ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES WITHOUT FURTHER COURT APPROVAL

Harry Shaia, Jr., Trustee, by counsel, hereby moves this Court for entry of an order, pursuant to 11 U.S.C. §§ 105(a) and 363, authorizing the Trustee, without further approval of this Court, to sell miscellaneous estate assets of limited value ($25,000.00 or less) free and clear of liens, claims and encumbrances. In support of his motion, the Trustee states:

### JURISDICTION AND BACKGROUND

1.     The Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are Sections 105(a) and 363 of the Bankruptcy Code.

2.     This case was commenced on February 22, 2018, when the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

3.     The Trustee was appointed interim trustee and continues to serve as trustee in this case.

## RELIEF REQUESTED

4.     The Trustee is in the possession of, or controls, certain estate property of modest value which he seeks to liquidate or abandon ("Miscellaneous Assets or Assets").

5.     The Miscellaneous Assets, each valued at $25,000.00 or less, include vehicles, trailers, electronics and other equipment and supplies that the Debtor used in connection with its prior business operations. Exhibit A to this motion is a list and/or general description of the Assets. The Assets are currently in storage and/or the hands of third parties, for which the estate is incurring storage and other expenses.

6.     Sales pursuant to this Motion will be relatively small in comparison to the scope of the total claims against the Debtor. Nevertheless, they would be outside the ordinary course of the Debtor's business, requiring Court approval pursuant to 11 U.S.C. § 363(b)(1).

7.     Hartford Fire Insurance Company has asserted a security interest in all the Debtor's assets to secure a claim in the amount of $68,796,177. There is a bona fide dispute between Hartford and the Trustee over the secured nature and amount of Hartford's claim. The Trustee is unaware of any other party with an interest in the Assets.

2

In light of the asserted lien, the Trustee seeks authority under 11 U.S.C. § 363(f) to sell the Miscellaneous Assets free and clear of liens, claims and encumbrances.

8.    Due to the administrative burden on the Court and the expense associated with the notice requirements for § 363 motions, especially when viewed in the context of the relative size of each transaction, the *de minimus* value of some of the Assets, and the likelihood that the Assets will sell to different purchasers over a period of time, the Trustee believes it to be in the best interests of the estate to be granted authority to use his business judgment to sell or abandon the Assets without further approval of this Court for each specific sale.

9.    All sales of the Assets will be "as is" and "where is," without any representation or warranties from the Trustee as to the quality or fitness of such assets for either their intended or any particular purposes.

## BASIS FOR RELIEF

10.    Section 363(b)(1) of the Bankruptcy Code provides: "The Trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." Section 105(a) of the Bankruptcy Code provides in relevant part: "The Court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

11.    A sale of assets of a debtor should be authorized pursuant to section 363 of the Code if a sound business purpose exists for doing so. *See,*

3

*e.g., Stephens Indus., Inc. v. McClung*, 789 F.2d 386, 390 (6th Cir. 1986); *In re
Lionel Corp.,* 722 F.2d 1063 (2d. Cir. 1983).  In this case, in light of the
administrative burden and expense compared with the expected realization, the
Trustee submits that adequate business justification exists to merit a judicial
grant of general authority to sell certain assets, rather than requiring approval
of each sale prior to consummation of the transaction.

     12.    Bankruptcy Rule 2002(a)(2) requires that notice of a sales motion
be provided at least twenty-one days prior to the proposed use, "<u>unless the
court for cause shown shortens time or directs another method of giving
notice.</u>" Fed. R. Bankr. P. 2002(a)(2)(emphasis added); *see also,* Fed. R. Bankr.
P. 9006(c).  These notice and hearing requirements of Section 363(b)(1) are met
if the notice and opportunity for hearing that are given are appropriate in the
particular circumstances.  *See* 11 U.S.C. § 102(1)(A) (defining "after notice and
a hearing").

     13.    When determining whether notice is appropriate under the
circumstances for purposes of Section 102(1)(A) of the Bankruptcy Code, it is
"guided by fundamental notions of procedural due process." *In re Lomas Fin.
Corp.,* 212 B.R. 46, 54 (Bankr. D. Del. 1997).  Due process "requires that any
notice is 'reasonably calculated, under all the circumstances, to apprise
interested parties of the pendency of the action and afford them an opportunity
to present their objections.'"  *Id.* (quoting *Mullane v. Central Hanover Bank &
Trust Co.*, 339 U.S. 306, 314 (1950)); *In re Grand Union Co.*, 204 B.R. 864, 871
(Bankr. D. Del. 1997).

4

14.    Moreover, sales outside the ordinary course of business may be authorized without an actual hearing if no party in interest timely requests an actual hearing.  11 U.S.C. § 102(1)(B)(i).

15.    As due process is satisfied if parties are given "an opportunity to present their objections," *Mullane*, 339 U.S. at 314, the Trustee believes that the notice and hearing on this motion should satisfy the due process requirements for the sale of Assets by providing interested parties with ample opportunity to present objections to the proposed grant of authority.

**WHEREFORE**, the Trustee respectfully requests that the Court enter the Order substantially in the form attached hereto as Exhibit B, authorizing the Trustee to sell the Miscellaneous Assets free and clear of liens, claims and encumbrances, without further court approval, and grant such other and further relief as the Court deems just and proper.

Dated:  Richmond, Virginia

September 11, 2018

**HARRY SHAIA, JR., TRUSTEE**

By: /s/ *Kimberly A. Taylor*
        Counsel

William A. Broscious, VSB #27436
Kimberly Ann Taylor, VSB #29823
Counsel for the Trustee
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, VA 23233
Phone:  (757) 636-9826
Fax:  (804) 741-6175
ktaylor@kbbplc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2018, a true and correct copy of the foregoing was served on all persons receiving electronic notice in these cases, and on each of the following by the first-class mail:

*Office of the U.S. Trustee:*      Robert B. Van Arsdale, Esquire
Shannon Pecoraro, Esquire
OFFICE OF THE U. S. TRUSTEE
701 East Broad Street - Suite 4304
Richmond, Virginia 23219

*Debtor:*      MGT Construction Management, Inc.
c/o P. Michael Kain
Anderson Bauman Tourtellot Vos
11931 Smoketree Drive
Richmond, Virginia 23236

*Counsel for the Debtor:*      David K. Spiro, Esquire
Spiro & Browne, PLC
6802 Paragon Place
Suite 410
Richmond, Virginia 23230

*Counsel for Hartford:*      Charles L. Williams, Esquire
Williams & Skilling, P.C.
4801 Radford Avenue, Suite A
Richmond, Virginia 23230

/s/ *Kimberly A Taylor*
Counsel

6

# EXHIBIT A

Attachement II

## Computer & laptops

| Serial Number | Model | Description | Location/User | Value |
|---|---|---|---|---|
| CND5387R4L | HP 250 G4 Laptop | MGTDIANE | Thalhimer Cage - was Diane | 75 |
| 2UAS0517XL | HP Elitedesk 800 G1 PC | LOGANSR | Thalhimer Cage - was Logan SR Desk | 175 |
| SCG517413D | HP EliteBook 850 G1 Laptop | LOGANHP | Mike Logan JR - not returned | 225 |
| CND44588SP | HP Probook 450 G2 | MGTCC118 | MGT INV Room | 87 |
| 5CG53433VZ | HP 350 G2 | MGTCC127 | MGT INV Room | 75 |
| NXV91AA0043440F3D06600 | ACER P245 | n/a | MGT INV Room | 35 |
| 5CG425FHLW | HP 350 G1 | MGTCC143 | MGT INV Room | 35 |
| CND5399RRN0 | HP Probook 450 G2 | MGTCC132 | MGT INV Room | 125 |
| CNU404855D | HP Probook 6470b | MGTCC148 | MGT INV Room | 75 |
| 5CB2442H4B | HP Probook 6560b | n/a | MGT INV Room | 25 |
| 5CG51740JZ | HP EliteBook 850 G1 | SEAMAR | Sean Martin - not returned | 225 |
| 2UA4120L68 | HP Elitedesk 800 G1 PC | PATLIN14 | Thalhimer Warehouse Cage - keep | 100 |
| 5CD6045TC8 | HP Probook 450 G3 | MGTCC144 | MGT INV Room | 361 |
| CND44S0M88 | HP Probook 450 G2 | MGTCC114 | MGT INV Room | 87 |
| 2UA2371NXK | HP Elite 8300 SFF | DEBHAR | MGT INV Room | 20 |
| 2UA35112QT | HP Prodesk 600 G1 | John Pierce | MGT INV Room | 30 |
| 2UA5382GQM | HP Elitedesk 800 G1 PC | MGTCC130 | MGT INV Room | 150 |
| 2UA13B1RQT | HP Elite 8100 SFF | n/a | MGT INV Room | 20 |
| MXL1292BP2 | HP Elite 8100 SFF | n/a | MGT INV Room | 20 |
| 2UA1451HDQ | HP Pro 6200 SFF | n/a | MGT INV Room | 20 |
| 2UA6090293 | HP Prodesk 600 G2 | MGTCC147 | Thalhimer Cage | 346 |
| 5CB3410LBN | HP Probook 6570b | Brander | MGT INV Room | 20 |
| 2UA2070X1L | HP Pro 6200 SFF | DEVROE | Thalhimer Cage | 20 |
| CND5399RP5 | HP Probook 450 G2 | MGTCC129 | MGT INV Room | 125 |
| MXL0481CDH | HP Pro 3130 | NORMMILL | MGT INV Room | 5 |
| MXL54551PM7 | HP Probook 640 G1 | MGTCC145 | MGT INV Room | 100 |

## Monitors/Displays

| Serial Number | Model | Location/User | |
|---|---|---|---|
| MMLRRAA00224J0792C4237 | Acer V223WL | MGT INV Room | 20 |
| MMLRRAA002249079394237 | Acer V223WL | MGT INV Room | 20 |
| U2W145200745 | Viewsonic VA2855SMH | MGT INV Room | 70 |
| U2W145200746 | Viewsonic VA2855SMH | MGT INV Room | 70 |
| MMLRRAA002249079384237 | Acer V223WL | MGT INV Room | 20 |
| TEQ140221672 | Viewsonic VA2037M-LED | MGT INV Room | 20 |
| MMLRRAA002249079204237 | Acer V223WL | MGT INV Room | 20 |
| MMLRRAA002237029594237 | Acer V223WL | MGT INV Room | 20 |
| MMLRRAA0022450C1504237 | Acer V223WL | MGT INV Room | 20 |
| MMLRRAA002237056AB4237 | Acer V223WL | MGT INV Room | 20 |
| TST153920828 | Viewsonic VA2446M-LED | MGT INV Room | 35 |
| TST153920821 | Viewsonic VA2446M-LED | MGT INV Room | 35 |
| TSP153284748 | Viewsonic VA2246M-LED | MGT INV Room | 25 |
| TST144321017 | Viewsonic VA2446M-LED | MGT INV Room | 35 |
| TST152422441 | Viewsonic VA2446M-LED | MGT INV Room | 35 |
| SDD122941864 | Viewsonic VA2248M-LED | MGT INV Room | 30 |
| TST152422448 | Viewsonic VA2446M-LED | MGT INV Room | 25 |
| TEQ140221667 | Viewsonic VA2037M-LED | MGT INV Room | 10 |
| TSP1546C8023 | Viewsonic VA2246M-LED | MGT INV Room | 25 |
| TSP134112668 | Viewsonic VA2246M-LED | MGT INV Room | 25 |
| TEQ140222605 | Viewsonic VA2037M-LED | MGT INV Room | 10 |
| MMLRRAA002249079324237 | Acer V223WL | MGT INV Room | 20 |
| MMLRRAA002249079384237 | Acer V223WL | MGT INV Room | 20 |
| TSP1444A2866 | Viewsonic VA2246M-LED | MGT INV Room | 25 |
| TSP132404508 | Viewsonic VA2246M-LED | MGT INV Room | 25 |
| T6X143381409 | Viewsonic VA2212M-LED | MGT INV Room | 25 |
| 3 additional old monitors | | MGT INV Room | 15 |

## Printers and Scanners

| Serial Number | Model | Location/User | |
|---|---|---|---|
| CNDG155540 | HP LaserJet Pro 400 Color | MGT INV Room | 125 |
| CN27NBS0V7 | HP Officejet Pro 8100 | MGT INV Room | 75 |
| ASC0011022499 | Konica bizhub C554e | 2nd Floor - former MGTCC office | |
| U62710L2N409746 | Brother HL-22 | MGT INV Room | 35 |
| VN83M41222 | HP LaserJet P1102w | MGT INV Room | 60 |
| VNB3436387 | HP P2035 | MGT INV Room | 75 |
| VND3Q32205 | HP LaserJet P1102w | MGT INV Room | 60 |
| VN83449855 | HP LaserJet P2035 | MGT INV Room | 75 |
| A0VB416431 | Scansnap IX500 | MGT INV Room | 117 |
| 13096995 Service Tag | Ricoh MPC3503 | 1st Floor - former MGTCC office | |
| VN83D45113 | HP LaserJet P1606dn | MGT INV Room | 75 |
| CN4BT5920V | HP Officejet 4630 | MGT INV Room | 65 |
| VN83H81034 | HP LaserJet 4022 | MGT INV Room | 10 |

## Other Items

| Serial Number | Model | Description | Location/User | |
|---|---|---|---|---|
| 141900252057 | | Pantech USB Modem | MGT INV ROOM | 15 |
| 131200111025 | | Pantech USB Modem | MGT INV ROOM | 15 |
| | | iPhone 5C | MGT INV ROOM | 25 |
| CN2208J1V2 | | HP 1410-8G Switch | MGT INV ROOM | 10 |
| CN0092F0MV | | HP Procurve | MGT INV ROOM | 25 |
| | SV411 | Starview 4 Port KVM | MGT INV ROOM | 10 |
| | | iPad 2nd or 3rd Gen (dead in Otte | MGT INV ROOM | 25 |
| | SCS-2U01 | Samsung Verizon Network Boost | MGT INV ROOM | 40 |
| 6802541FL | | NEC Projector VT676 | MGT INV ROOM | 50 |
| NE5F131007L | H369A | Epson Projector | MGT INV ROOM | 50 |
| STE840A0879199HK | KE-8000MX | AVS Elite Security Camera DVR ce | MGT INV ROOM | 50 |
| | UN65J6200 | Samsung TV | MGT INV ROOM | 300 |
| LC46LE540U | | Sharp TV | Charlotte - Hawthorne | 100 |
| CND8DDV6QG | | HP LaserJet Pro | Charlotte - Hawthorne | 150 |
| 990004091935498 | not returned | iPad Retina 16GB | Henry Miza | 50 |
| 355783070172270 | not returned | iPhone 6 16GB | Brander Bunnell | 100 |
| 990003084217062 | not returned | iPad Retina 16GB | Brander Bunnell | 50 |
| 990001263789901 | not returned | ipad 4G 16GB | Bruce Ely | 100 |
| 35697006957210 | not returned | ipad Air 2 16GB | Mike Logan | 200 |
| 355416076454470 | not returned | iphone 6s 16GB | Mike Logan | 50 |
| 35563807360758 | not returned | Samsung Convoy 4 | Roland Shelton | 10 |
| 355399086435226 | not returned | iPhone 6s 32GB | Sean Martin | 50 |
| 35541207754700 | not returned | iPhone 6s Plus | Henry Miza | 50 |
| 352013073193290 | not returned | iPhone 6 16G | Josh Crissman | 50 |
| 990000304420100 | not returned | VZ Jetpack | Mike Logan, Jr. | 20 |
| 353329076566990 | not returned | iPhone 6s Plus 64GB | Mike Logan, Jr. | 50 |
| 356961062349340 | not returned | iPhone 5s | Mark Nolan | 50 |
| 990006351117600 | not returned | Modem | Brander Bunnell | 20 |
| 990006351749460 | not returned | Modem | Henry Miza | 20 |
| 352072073805369 | not returned | ipad Air 2 16GB | Linsey Forrest | 200 |
| | | iPhone 6 | MGT INV ROOM | 50 |
| | | iphone 5c | MGT INV ROOM | 25 |
| | | iphone 5s | MGT INV ROOM | 50 |
| | | iphone 5s | MGT INV ROOM | 50 |
| | | (12) mi-fi's | MGT INV ROOM | 200 |
| | | iphone 5s | MGT INV ROOM | 50 |
| | | iphone 5 | MGT INV ROOM | 25 |
| | | iphone5c | MGT INV ROOM | 25 |
| | | iphone 5c | MGT INV ROOM | 25 |
| | | iphone 5c | MGT INV ROOM | 25 |
| | | iphone 5s 32GB | MGT INV ROOM | 50 |
| | | ipad air 16GB | MGT INV ROOM | 200 |
| | | AppleiPad Air 16GB | MGT INV ROOM | 200 |
| | | AppleiPad Air 2 16GB | MGT INV ROOM | 200 |
| | | ipad air 16GB | MGT INV ROOM | 200 |

**Grand Total**                                                                  **7383**

*Attachment to Schedule B 77*

Items in Warehouse

Two boxes of caulk
Eight 5 gallon bucket of paint
To empty panels
One microwave
Two boxes Simpson ties
10 boxes Simpson hold downs
One box exhaust fan cover
Six bags mortar
Four boxes of quarry tile
Miscellaneous backsplash tile
Three boxes miss matched door hardware
22 tubes construction adhesive
Seven miss matched sidewalk and road signs
21 roles of Styrofoam sill seal foam gasket One box miscellaneous electrical
boxes Six boxes millennial tile Three 8 inch door frames Approximately five
welded frames Approximately 200 ft.$^2$ photo paver material Three American
standard bathroom sinks
17 Siegel lighting six pack
Two site fans
8 packs sylvania tube lights
Two boxes bamboo flooring
Four boxes 2 x 4 ceiling tile
Four boxes 2 x 2 ceiling tile
Five boxes mismatch corner bead and zip
One box drywall tape
One trash cart
Miscellaneous scaffold
Nine prehung doors
Three hollow metal side light frames
12 Bondald hollow metal knockdown frames
12 solid core flush wood doors
12 boxes of cabinets – vanities and Base
20 boxes 6 inch base cabinet filler
One bundle or one insulation
Two fold

Trucks:

2014 Chevy Silverado

2006 Ford F-550

2014 Chevy pickup truck

# EXHIBIT B

William A. Broscious, VSB #27436
Kimberly A. Taylor, VSB #29823
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, Virginia 23233
(757) 636-9826
ktaylor@kbbplc.com

*Counsel for the Trustee*

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **MGT CONSTRUCTION MANAGEMENT,** | ) | **Case No. 18-30835-KRH** |
| **INC.** | ) | |
| **Debtor.** | ) | |

## ORDER AUTHORIZING TRUSTEE TO SELL MISCELLANEOUS ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES <u>WITHOUT FURTHER COURT APPROVAL</u>

Upon the motion of Harry Shaia, Jr., Trustee in the bankruptcy case of

MGT Construction Management, Inc., for an order pursuant 11 U.S.C. §§

105(a) and 363, authorizing the Trustee, without further approval of this Court,

to sell miscellaneous estate assets of limited value ($25,000.00 or less) free and

clear of liens, claims and encumbrances ("**Miscellaneous Assets**") the Court

finds that: (a) it has jurisdiction to consider the motion pursuant to 28 U.S.C.

§§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b);

(c) proper and adequate notice of the motion and the hearing thereon has been

given and no other or further notice is necessary; (d) there have been no

objections to the motion; and (e) upon the record herein, and after due

deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein; therefore, it is hereby ORDERED that:

1.     The motion and the relief requested therein is GRANTED;

2.     The Trustee is authorized, pursuant to sections 105(a) and 363(b)(1) of the Bankruptcy Code, to sell the Miscellaneous Assets without further order of this Court, and to take any and all action necessary, appropriate or advisable to complete such sales;

3.     Pursuant to Bankruptcy Code section 363(f) any and all sales of the Miscellaneous Assets shall be free and clear any and all valid liens, claims and other encumbrances;

4.     This Order shall be effective immediately upon entry.


Done in Richmond, Virginia          _____

                                    UNITED STATES BANKUPTCY JUDGE

Dated: _____, 2018

I ASK FOR THIS:


/s/_____
William A. Broscious, VSB #27436
Kimberly Ann Taylor, VSB #29823
Counsel for the Trustee
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, VA 23233
Phone:  (757) 636-9826
Fax:  (804) 741-6175
ktaylor@kbbplc.com


## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

        I hereby certify that the foregoing proposed Order has been endorsed by
or served upon all necessary parties.

                                    /s/ *Kimberly A. Taylor*
                                    Counsel

## SERVICE LIST:

| | |
|---|---|
| *Counsel to the Trustee:* | William A. Broscious, Esquire<br>Kimberly A. Taylor, Esquire<br>Kepley Broscious & Biggs, PLC<br>2211 Pump Road<br>Richmond, Virginia 23233 |
| *Office of the U.S. Trustee:* | Robert B. Van Arsdale, Esquire<br>Shannon Pecoraro, Esquire<br>OFFICE OF THE U. S. TRUSTEE<br>701 East Broad Street - Suite 4304<br>Richmond, Virginia 23219 |
| *Debtor:* | MGT Construction Management, Inc.<br>c/o P. Michael Kain<br>Anderson Bauman Tourtellot Vos<br>11931 Smoketree Drive<br>Richmond, Virginia 23236 |
| *Counsel for the Debtor:* | David K. Spiro, Esquire<br>Spiro & Browne, PLC<br>6802 Paragon Place<br>Suite 410<br>Richmond, Virginia 23230 |
| *Counsel for Hartford:* | Charles L. Williams, Esquire<br>Williams & Skilling, P.C.<br>4801 Radford Avenue, Suite A<br>Richmond, Virginia 23230 |